MARCUS HUNTER et al. v. J. M. BELL, Sheriff.

The prescription of sixty days against ships and vessels, has reference to the time of asserting the privilege by suit. The right of privilege is fixed by the judgment.

APPEAL from the Fifth District Court of New Orleans, *Eggleston,* J.
*Gaither & McPheeters,* for plaintiffs.   *C. A. Taylor,* for defendant and appellant.

BUCHANAN, J.   This is an appeal by the Sheriff of the parish of Orleans, from a judgment condemning him in damages for seizing the ship St. Peter, under a *fieri facias* issued upon a judgment, which gave a privilege upon the ship St. Peter.

This case cannot be distinguished in principle from that of *Elmore* v. *Hufty,* 13 An. 227.

The appellee's counsel contends that the privilege was lost by the lapse of sixty days between the judgment allowing the privilege, and the levying of the *fi. fa.*

The prescription of sixty days against privileges upon ships and vessels, recognized by many decisions, has reference to the time of asserting the privilege by suit. We have been referred to no authority for the doctrine maintained by appellee. The right of privilege is fixed by the judgment.

It is, therefore, adjudged and decreed, that as regards the appellant, *John M. Bell,* the judgment of the court below be reversed, and that there be judgment in favor of said *Bell,* and against plaintiffs and appellees, with costs in both courts.